UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MARIE HERISSE,

Appellant,

v.

INCLUSIVE SOCIETY LLC,

Appellee.
---------------------------------------------------------X

**ORDER**

No. 26-CV-05823 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 27, 2026, the Court directed Appellant to show cause by 5:00 p.m. on August 3, 2026 by letter filed via ECF why this appeal should not be dismissed under FRBP 8003(a)(2) for failure to perfect or prosecute. (Doc. 3). No such letter has been filed and Appellant has not otherwise communicated with the Court in any way.

In light of Appellant's failure to file a designation of the items to be included in the record on appeal and a statement of the issues to be presented, there is no record before this Court to review. Having been given adequate notice by the Court, and Appellant having failed to comply with procedural requirements, filing deadlines, and this Court's July 27, 2026 Order, under these circumstances and on the authority of *In re Lynch*, 430 F.3d 600, 603 (2d Cir. 2005), the Court, in the exercise of its discretion, hereby dismisses this appeal.

The Clerk of Court is respectfully requested to close this case.

**SO ORDERED:**

Dated: White Plains, New York
August 4, 2026

Philip M. Halpern
United States District Judge